IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21493,  JUDGE JOAN LENARD/MAGISTRATE GARBER

JOHN B. THOMPSON,

          Plaintiff,

v.

STATE OF FLORIDA AND
DAVA J. TUNIS,

          Defendants.

**PLAINTIFF'S NOTICE TO COURT**

    COMES NOW plaintiff Thompson and provides notice to the court that he will

hand deliver to Chief Judge Moreno the following:

### John B. Thompson, Attorney at Law
### 5721 Riviera Drive
### Coral Gables, Florida 33146
### 305-666-4366
### amendmentone@comcast.net

June 13, 2008

The Honorable Federico A. Moreno
Chief Judge
U.S. District Court, Southern District of Florida
Miami, Florida  Via Hand Delivery

Re:  Obstruction

Dear Judge Moreno:

When last we communicated with one another, U.S. District Court Judge Adalberto Jordan was upset that I had sent him evidence of trafficking in "obscenity" (Judge Jordan's own word) by a lawyer protected in that activity by The Florida Bar despite this lawyer's use of his Bar-approved web site to do so.

This very week Ninth Circuit Court of Appeals Chief Judge Kozinski has been found to have the same porn appetites as this Florida lawyer's customers.  It turns out that US Supreme Court Chief Justice Rehnquist knew of Kozinski's activities in this regard and wanted something done.    I am sure the Governors of The Florida Bar, notably Steve Chaykin, are glad the Chief Justice is dead for that reason alone.

At least Judge Kozinski sought to keep from the public his consumption of this filth, whereas this lawyer is distributing it to anyone of any age.  Judge Jordan welcomed this lawyer into my case as an intervenor in order that this porn distributor might harass me within the case as well as without.  You can see the gay "boy" porn at this lawyer's site that Judge Jordan protected by seeking to discipline ***me*** via the *Ad Hoc* Committee.  There is an irony here that would not be lost even on Judge Kozinski.

I turn, however, to a more pressing matter that you, with all respect, must address just as Chief Judge Zloch did before you took his post.  Judge Zloch understood that no Florida Bar member, sitting as a federal district court judge here, can preside over a case which could impact, with an adverse ruling, The Florida Bar.  Chief Judge Zloch considered this elemental, and he acted upon this simple, irrefutable premise.  The result was that Tom Tew's suit against The Florida Bar was assigned to a Georgia district court judge in the Eleventh Circuit.

Now I am dealing with a criminal SLAPP Bar complaint by Tom Tew, his partners,  and his Tew Cardenas firm.   I brought a federal declaratory relief lawsuit very recently, Case No. 08-21493, asserting that the federally-mandated loyalty oath has not been executed, notarized, and filed by Florida Bar Referee (Dava Tunis), by six of the seven Florida Supreme Court Justices, and by Bar employees.  The US Constitution and federal statutes *require* that this be done by all state judges or they are not judges and cannot serve as referees.   I didn't pass the law; Congress did, and Florida's loyalty oath statute, which the referee not only violated but whose violation she illegally sought to cover up, has been held constitutional by the US Supreme Court.  I apologize for thinking that the US Constitution still reaches into Florida.

What has happened to the aforementioned declaratory relief lawsuit from which Judge Hoeveler recused himself last week without explanation?  When Judge Hoeveler recused, it was assigned, supposedly *randomly*, to Judge Lenard.  I assert that it was not assigned randomly.

Next, I got an order late yesterday signed by Judge Ungaro, dismissing the loyalty oath case ***before*** it was even served on the defendant State of Florida.  What is next, the dismissal of Jack Thompson lawsuits before they are filed?  I am asserting to you now that the judges of this district have gotten together and decided that anything with Jack Thompson's name on it is to be treated as the equivalent of bathroom tissue.  That is quite an assertion, and it is certain.  I believe it can be proven.

Pending in the aforementioned case, before it was dismissed, was a motion to disqualify Judge Lenard because of her Florida Bar membership, per Judge Zloch's prior ruling. Nevertheless, the case was dismissed yesterday without even addressing the disqualification motion.  This is wholly improper.

Secondly, the order dismissing the case signed for some reason by Judge Ungaro is absurd on its face.  The suit asserts that declaratory relief is proper when a federal statute, along with a specific loyalty oaths clause of the US Constitution mandating such oaths for state judges, is being flouted by the State of Florida in violation of this federal mandate, with the result that there is a continuing deprivation of federally-guaranteed rights for which I have sought prospective relief.  This is Declaratory Relief 101 stuff.

If this cannot be the basis for a declaratory judgment, then *nothing* can be the basis for such a judgment.  If there is no federal jurisdiction here, then there is no federal jurisdiction over anything.  All Judge Ungaro (who didn't even have the case) has done is telegraph, by her absurd order, the fact that the judicial community here, state and federal, is in a panic that 78 of 125 Miami-Dade Judges have no valid loyalty oaths mandated by federal law, and thus they have no legal authority to serve as judges.  The fact that Jack  Thompson is making something of it is all the more reason for your judges, it seems, to cut off all litigation about the matter.  In doing so, your judges are violating their own oaths to the Constitution.

I assert that certain judges under your supervision are being assigned cases and not at random.  This is not the first time.  I assert that they are then entering orders, dismissing cases, misrepresenting the law governing those cases, and refusing to rule on motions, and indeed subverting the very notion of justice based upon who the litigant is.

We find yesterday that enemy combatants at Guantanamo are to get more due process from federal judges than what I am to have.  I guess my "mistake" was not killing 3000 people to make my point.  Maybe I need to be placed at Guantanamo in order to get a hearing on something.  I'll let you know about efforts in that regard.  I'm sure Judge Jordan can oblige.

Your Honor, I demand an open court hearing before you about these matters.  I didn't lose my rights under the Constitution of the United States when I became a lawyer, and no federal judge, who is supposed to honor an oath to the United States Constitution, has the authority to subvert the system of justice just because that system may inconvenience his/her friends who run The Florida Bar, the very organization in which that judge is a member.

Chief Judge Zloch understood, and he acted upon his understanding.  Do you understand?

I demand a hearing.

Regards, Jack Thompson

3

I HEREBY CERTIFY that the foregoing has been served electronically upon counsel for defendants, June 13, 2008.

JOHN B. THOMPSON, Plaintiff
Attorney, Florida Bar #231665
5721 Riviera Drive
Coral Gables, Florida 33146
Phone:  305-666-4366
amendmentone@comcast.net