# Supreme Court of Florida

Office of the Clerk
500 South Duval Street
Tallahassee, Florida 32399-1925

THOMAS D. HALL
CLERK
TANYA CARROLL
CHIEF DEPUTY CLERK
GREGORY J. PHILO
STAFF ATTORNEY

PHONE NUMBER: (850) 488-0125
WWW.FLORIDASUPREMECOURT.ORG/CLERK/INDEX.HTML

June 10, 2008

John Bruce Thompson, Esquire
5721 Riviera Drive
Coral Gables, Florida 33146-2750

    Re:    Correspondence dated May 26-29, 2008

Dear Mr. Thompson:

    In response to your recent correspondence directed to Justice Kenneth B. Bell, please be advised it is the Court's policy that all materials to be filed with this Court must be directed to the Clerk's Office and not the offices of the sitting justices. It is inappropriate to send pleadings to an individual justice. Do not submit any further documents directly to the justices. File your pleadings with the Clerk of Court regarding your legal issues. While we are certain your correspondence was sent in good faith and without any intent to deviate from the Court's practice, it is important that communications with the Court be limited in the matter set out above.

    In accordance with this Court's opinion dated March 20, 2008, your correspondence will not be docketed in your pending Florida Bar cases nor will it be acted on by the Court or Justice Bell.

Most cordially,

Thomas D. Hall

TDH/cic
cc:    Kenneth Lawrence Marvin, Esquire    Honorable Dava J. Tunis, Judge
        Sheila Marie Tuma, Esquire           Honorable Kenneth B. Bell, Justice
        Barry S. Richard, Esquire