# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## MIAMI DADE District of FLORIDA


FILED _____ D.C.
JUL 0 8 2008
_____ARIMORE
_____ DIST. CT.
_____ MIAMI

Case Number: 08-21493

Plaintiff:
**JOHN B. THOMPSON**
vs.
Defendant:
**STATE OF FLORIDA AND DAVA J. TUNIS**

For: John B. Thompson, Esq.
JOHN B. THOMPSON, ESQ.

Received by Priority One Process Service, Inc. on the 9th day of June, 2008 at 9:00 am to be served on **BILL MCCOLLUM AS FLORIDA ATTORNEY GENERAL, 107 W. GAINES STREET, TALLAHASSEE, FL 32399.** I, _MICHAEL C NOLAN_, being duly sworn, depose and say that on the _12_ day of _JUNE_, 20_08_ at _11:50_ Am., executed service by delivering a true copy of the **Summons in a Civil Case and First Amended Complaint for Declaratory Judgment and Relief** in accordance with state statutes in the manner marked below:

(X) GOVERNMENT AGENCY: by serving _KATHLEEN FAIRCLOTH_ of the within-named agency.

( ) CORPORATE SERVICE: by delivering a true copy, with the date and hour of service endorsed thereon by me, by leaving with _____ as an agent / employee of the corporation as allowed by Florida Statutes, and informed said person of the contents therein.

( ) CORPORATE SERVED by leaving a true copy with the date and hour endorsed thereon by me to _____, who is 15 years of age or older, as cotenant of corporate officer _____, as allowed by FL Statutes 48.081 (3) (b) and 48.031 (1) (a), and informed said person of the contents therein, in compliance with state statutes.

( ) NON SERVICE: for the reason detailed in the comments below.

COMMENTS:  _SERVED THE AGENCY CLERK_

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _19_ day of _JUNE_, 2008 by the affiant who is personally known to me.

_Catherine Ann Butler_
NOTARY PUBLIC

PROCESS SERVER # _111_
Appointed in accordance
with State Statutes

Priority One Process Service, Inc.
5891 Sunset Drive
South Miami, FL 33143
(305) 669-1518

Our Job Serial Number: 2008016343

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

08-21493

JOHN B. THOMPSON,

    Plaintiff,

v.

STATE OF FLORIDA AND
DAVA J. TUNIS,

    Defendants.

SUMMONS IN A CIVIL CASE

TO: Bill McCollum
    Florida Attorney General
    The Capitol PL-01
    Tallahassee, Florida 32399

Rcvd.: 06/09/08 @ 9:00AM
Served Kathleen Fairdota
Type Gov.
Date 6/12/08 @ 11:50AM
Server MCN #111
Leon County

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, who is an attorney on his own behalf,

    John B. Thompson, Attorney
    5721 Riviera Drive
    Coral Gables, Florida 33146

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**JUNE 06, 2008**

**SUMMONS** ―――――――――――
              Date

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

08-16343.