UNITED STATES DISTRICT COURT OFFICE OF THE CLERK

Thompson vs State of Florida                    Case # 1:08-cv-21493-JAL

Provided to Suwannee
Correctional Institution on

OCT 0 2 2018

for mailing by ____



FILED BY _____ D.C.

OCT 0 9 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Hello i am requesting from you office a copy of 6-16-08 "Notices" Filed by John Thompson
and 6-6-08 Filed "Amend complaint" by John Thompson

IF you may please have these copies sent to the below address as soon as may be possible
i would be very thankful

May Blessing be upon your
office   Thank you

David Jones
Suwannee C.I. #L91221
5964 U.S. Highway 90
Live Oak FLA. 32060

David Jones
Suwannee C.I. #L91221
1204 U.S. Highway 90
Live Oak FLA. 32060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
299 East Broward Boulevard Room #108
Ft. Lauderdale FLA. 33301

Mailed From State
Correctional
Institution
Suwanee C.I.



$ 000.47⁰